United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 22-02400-MJC
Aaron Terrill Kemp  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5    User: AutoDocke    Page 1 of 2
Date Rcvd: Jan 24, 2023    Form ID: ntcnfhrg    Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aaron Terrill Kemp, 1953 Horseshoe Bend, Tobyhanna, PA 18466-3741 |
| 5511036 | + | LVNV Funding, LLC, c/o Resurgent Capital Srvc., P.O. Box 10, Greenville, SC 29602-0010 |
| 5511038 | + | Vivian L. Kemp, 1953 Horseshoe Bend, Tobyhanna, PA 18466-3741 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5511032 | ^ | MEBN | Jan 24 2023 18:37:35 | CKS Prime Investments, LLC, 1800 Route 34 N, Bldg 3, Suite 305, Wall, NJ 07719-9168 |
| 5511033 | | Email/Text: cfcbackoffice@contfinco.com | Jan 24 2023 18:40:00 | Continental Finance Company,, P.O. Box 8099, Newark, DE 19714 |
| 5511031 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 24 2023 18:40:49 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5516530 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 24 2023 18:40:48 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5511034 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 24 2023 18:40:45 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 5511035 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 24 2023 18:40:44 | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 5516659 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 24 2023 18:40:50 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5511037 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 24 2023 18:40:00 | Mr. Cooper, 8950 Cypress Waters Blvd., Dallas, TX 75019-4620 |
| 5511182 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jan 24 2023 18:40:44 | U.S. Department of Housing and Urban Development, 100 Penn Square East, Philadelphia, PA 19107 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

**belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 26, 2023      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor NATIONSTAR MORTGAGE LLC mfarrington@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 1 Aaron Terrill Kemp tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Aaron Terrill Kemp,
 aka Aaron T. Kemp, aka Aaron Kemp,

**Debtor 1**

Chapter 13

Case No. 5:22−bk−02400−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**February 23, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: March 2, 2023 Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: MichaelMcHugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 24, 2023 |

ntcnfhrg (08/21)