UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

AARON TERRILL KEMP

* Debtor(s)

Case Number: 5-22-02400
Chapter: 13

## CERTIFICATE OF MAILING

The undersigned employee in the office of:

Tullio DeLuca, Esquire

hereby certifies that a copy of the attached Order confirming Debtor's Chapter 13 Plan was mailed today to all parties named on the mailing list attached hereto by regular first class mail.

DATED: March 13, 2023

SIGNED: *Lisa Manchak*

TITLE: /s/Legal Assistant

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Aaron Terrill Kemp, aka Aaron T. Kemp, aka Aaron Kemp, | Chapter 13 |
| **Debtor 1** | Case No. 5:22-bk-02400-MJC |

# Order Confirming Chapter 13 Plan

The Chapter 13 Plan was filed on December 13, 2022. The Plan, or summary of the Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Chapter 13 Plan is confirmed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: March 2, 2023

orcnfpln(05/18)

| | | |
|---|---|---|
| CKS Prime Investments, LLC<br>1800 Route 34 N, Bldg 3<br>Suite 305<br>Wall, NJ 07719-9168 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| CONTINENTAL FINANCE COMPANY<br>PO BOX 3220<br>BUFFALO NY 14240-3220 | Credit One Bank<br>P.O. Box 98872<br>Las Vegas, NV 89193-8872 | First Premier Bank<br>P.O. Box 5524<br>Sioux Falls, SD 57117-5524 |
| LVNV Funding, LLC<br>c/o Resurgent Capital Srvc<br>P.O. Box 10<br>Greenville, SC 29602-0010 | LVNV Funding, LLC c/o Resurgent Capital Serv<br>PO Box 10587<br>Greenville, SC 29603-0587 | Mr. Cooper<br>8950 Cypress Waters Blvd<br>Dallas, TX 75019-4620 |
| NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | Premier Bankcard, LLC<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud MN 56302-7999 | Quantum3 Group LLC as agent for<br>Galaxy International Purchasing LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| US DEPARTMENT OF HOUSING & URBAN DEVELOPMENT<br>ATTN OFFICE OF REGIONAL COUNSEL<br>THE WANNAMAKER BUILDING<br>100 PENN SQUARE EAST–11TH FLOOR<br>PHILADELPHIA PA 19107-3325 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |