# TULLIO DeLUCA
**ATTORNEY-AT-LAW**
381 N. 9TH AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

April 5, 2023

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        **In Re: Aaron Terrill Kemp**
        **Chapter 13 Bankruptcy**
        **Case No. 5:22-bk-02400**

Dear Sir/Madam:

    I have received returned mail for US Department of Housing & Urban Development a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was 100 Penn Square East, 11th Floor, Philadelphia, PA 19107-3325. The correct information is as follows:

    US. Department of Housing & Urban Development
    801 Market Street, Suite 12
    Philadelphia, PA 19107-3325.

I served the Order Confirming Amended Chapter 13 Plan at the above address on March 2nd, 2023. Please correct the mailing matrix.

Thank you for assistance in this matter.

                Very truly yours,

                /s/ Tullio DeLuca, Esquire

TD/km

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Aaron Terrill Kemp, aka Aaron T. Kemp, aka Aaron Kemp, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:22–bk–02400–MJC |

## Order Confirming Chapter 13 Plan

The Chapter 13 Plan was filed on December 13, 2022. The Plan, or summary of the Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Chapter 13 Plan is confirmed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: March 2, 2023

orcnfpln(05/18)