# TULLIO DeLUCA
ATTORNEY-AT-LAW
381 N. 9ᵀᴴ AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

June 6, 2023

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        In Re: Aaron Terrill Kemp
        Chapter 13 Bankruptcy
        Case No. 5:22-bk-02400

Dear Sir/Madam:

    I have received returned mail for US Department of Housing & Urban Development a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was 100 Penn Square East, 11ᵗʰ Floor, Philadelphia, PA 19107-3325. The correct information is as follows:

    US. Department of Housing & Urban Development
    801 Market Street, Suite 12
    Philadelphia, PA 19107-3325

I served the Motion to Suspend Temporarily Trustee Payments at the above address on May 24, 2023. Please correct the mailing matrix.

Thank you for assistance in this matter.

        Very truly yours,

        /s/ Tullio DeLuca, Esquire

TD/km