# TULLIO DeLUCA
### ATTORNEY-AT-LAW
381 N. 9TH AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

June 21, 2023

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        **In Re: Aaron Terrill Kemp**
            **Chapter 13 Bankruptcy**
            **Case No. 5:22-bk-02400**

Dear Sir/Madam:

     I have received returned mail for LVNV Funding, LLC c/o Resurgent Capital Srvc a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was P.O. Box 10, Greenville, SC 29602-0010. The correct information is as follows:

        LVNV Funding, LLC
        c/o Resurgent Capital Services
        PO Box 10497
        Greenville, SC 29603

I served the Motion to Suspend Temporarily Trustee Payments at the above address on May 24, 2023. Please correct the mailing matrix.

Thank you for assistance in this matter.

               Very truly yours,

               /s/ Tullio DeLuca, Esquire

TD/km