United States Bankruptcy Court

Middle District of Pennsylvania

In re:     Case No. 22-02400-MJC

Aaron Terrill Kemp     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2

Date Rcvd: Jun 21, 2023     Form ID: pdf010     Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aaron Terrill Kemp, 1953 Horseshoe Bend, Tobyhanna, PA 18466-3741 |
| 5511036 | + | LVNV Funding, LLC, c/o Resurgent Capital Srvc., P.O. Box 10, Greenville, SC 29602-0010 |
| 5511182 | + | U.S. Department of Housing and Urban Development, 801 Market Street, Suite 12, Philadelphia, PA 19107-3126 |
| 5511038 | + | Vivian L. Kemp, 1953 Horseshoe Bend, Tobyhanna, PA 18466-3741 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5511032 | ^ | MEBN | Jun 21 2023 18:41:59 | CKS Prime Investments, LLC, 1800 Route 34 N, Bldg 3, Suite 305, Wall, NJ 07719-9168 |
| 5511033 | | Email/Text: cfcbackoffice@contfinco.com | Jun 21 2023 18:44:00 | Continental Finance Company,, P.O. Box 8099, Newark, DE 19714 |
| 5511031 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 21 2023 18:48:49 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5516530 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 21 2023 18:48:54 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5511034 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 21 2023 18:48:49 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 5511035 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 21 2023 18:48:49 | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 5516659 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 21 2023 18:48:49 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5511037 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 21 2023 18:44:00 | Mr. Cooper, 8950 Cypress Waters Blvd., Dallas, TX 75019-4620 |
| 5523164 | | Email/Text: nsm_bk_notices@mrcooper.com | Jun 21 2023 18:44:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 5519600 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 21 2023 18:44:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5520163 | | Email/Text: bnc-quantum@quantum3group.com | Jun 21 2023 18:44:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a

**preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Jun 23, 2023 | Signature: | /s/Gustava Winters |
|---|---|---|

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor NATIONSTAR MORTGAGE LLC mfarrington@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 1 Aaron Terrill Kemp tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*************************************************************************

| | |
|---|---|
| IN RE:<br>AARON TERRILL KEMP<br>          DEBTOR | CHAPTER 13<br>CASE NO. 5:22-bk-02400-MJC |

*************************************************************************

AARON TERRILL KEMP

          MOVANT

VS.

JACK N. ZAHAROPOULOS ESQ.
          RESPONDENT
*************************************************************************
## ORDER
*************************************************************************

Upon consideration of the Debtor's Motion to Suspend Temporarily Trustee Payments, Dkt. # 24 ("Motion"), and after notice and service to creditors and parties in interest under Fed. R. Bankr. P. 9013, it is hereby

**ORDERED** that the Motion is **GRANTED** and the Debtor is allowed to suspend payments to the Chapter 13 Trustee for a period of three (3) months from March 2023 through May 2023 due to loss of income; and it is further

**ORDERED** that if the Debtor returns to gainful employment prior to the three (3) month period, Debtor is ordered to commence making monthly payments to the Chapter 13 Trustee.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: June 20, 2023