# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

AARON TERRILL KEMP

\* Debtor

Case Number: 5-22-02400
Chapter: 13

## CERTIFICATE OF MAILING

**The undersigned employee in the office of:**

**Tullio DeLuca, Esquire**

hereby certifies that a copy of the attached Notice and Motion to Suspend Trustee Payment was mailed today to all parties named on the mailing list attached hereto by regular first class mail.

**DATED: October 30, 2024**

SIGNED: *Lisa Marchak*

TITLE:   /s/Legal Assistant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
**************************************************************

IN RE: :
AARON TERRILL KEMP : CHAPTER 13
: CASE NO. 5-22-02400
Debtor :

**************************************************************

AARON TERRILL KEMP :
:
MOVANTS :
VS. :
JACK N. ZAHAROPOULOS ESQ. :
RESPONDENT :

**************************************************************

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

**************************************************************

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local
Rule 2002-1(a), the Court will consider this motion, objection, or other matter without
further notice or hearing unless a party in interest files an objection/response on or before
**November 20, 2024.** If you object to the relief requested, you must file your
objection/response with the Clerk of Court and serve a copy on the movant and movant's
attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court
may schedule a hearing and you will be notified. If you do not file an objection within
the time permitted, the Court will deem the motion unopposed and proceed to consider
the motion without further notice or hearing, and may grant the relief requested.

Date: October 30, 2024

Tullio DeLuca, Esquire
PA ID# 59887
Attorney for Debtors/Movants
381 N. 9th Avenue
Scranton, PA 18504

Clerk, U.S. Bankruptcy Court
197 South Main Street
Wilkes-Barre, PA 18701

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
**********************************************************************

| | |
|---|---|
| IN RE: | : |
| AARON TERRILL KEMP | :    CHAPTER 13 |
| | : |
| | :    CASE NO.  5-22-02400 |
| Debtor | : |

**********************************************************************

| | |
|---|---|
| AARON TERRILL KEMP | : |
| | : |
| MOVANT | : |
| VS. | : |
| JACK N. ZAHAROPOULOS ESQ. | : |
| RESPONDENT | : |

**********************************************************************

<u>MOTION  TO SUSPEND TEMPORARILY TRUSTEE  PAYMENTS</u>
**********************************************************************

AND NOW  COMES, the Debtor, Aaron Terril Kemp, by and through his attorney, Tullio DeLuca, Esquire, and respectfully represents:

1.   That the Debtor filed a Chapter 13 Petition on December 13, 2022

2.   That Debtor's Chapter 13 Plan provides for monthly payments of $961.00 to the Chapter 13 Trustee to pay attorney and Trustee fees and secured creditors.

3.   Debtor has experienced a temporary loss of income due to unemployment..

4.   Therefore, Debtor is not in a position to make the Trustee payments until his immediate problem stabilizes and regains income to satisfy the Chapter 13 Plan.

5.   In light of the above, Debtor requests a Temporary Suspension of his Trustee payments for a period of three (3) months or earlier starting in the month of November 2024. If Debtor's immediate problem stabilizes, Debtor will commence Trustee payments sooner.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order allowing for a suspension of Trustee's monthly payments for a period of at least three (3) months and directing the Debtor to commence making monthly payments sooner if Debtor's immediate problem stabilizes.

Respectfully submitted,

Dated: October 29, 2024   /s/Tullio DeLuca
           Tullio DeLuca, Esquire
           PA ID # 59887
           381 N. 9th Avenue
           Scranton, Pa 18504
           (570) 347-7764
           Attorney for Debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN RE:                                          :
AARON TERRILL KEMP                              :          CHAPTER 13
                                                :          CASE NO. 5-22-02400
                    Debtors                     :
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

AARON TERRILL KEMP                              :
                                                :
                                                :
                    MOVANTS                     :
          VS.                                   :
JACK N. ZAHAROPOULOS ESQ.                       :
                    RESPONDENT                  :
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>ORDER</u>
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

After notice and service  to creditors and parties in interest under FRBP 9013

and upon consideration of the Debtor's Motion to Suspend Temporarily Trustee Payments,

it is hereby **ORDERED, ADJUDGED AND DECREED** by this Honorable Court that the

Debtor's  Motion to Suspend Temporarily Trustee Payments is granted and the Debtor is

allowed to suspend payments to the Chapter 13 Trustee for a period of three (3) months

from November 2024 to January 2025 due to loss of income and it is further ordered that

if the Debtor return to gainful employment prior to the three (3) month period, Debtor, is

ordered to commence making monthly payments to the Chapter 13 Trustee.

CKS Prime Investments, LLC
1800 Route 34 N, Bldg 3
Suite 305
Wall, NJ 07719-9168

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

CONTINENTAL FINANCE COMPANY
PO BOX 3220
BUFFALO NY 14240-3220

Credit One Bank
P.O. Box 98872
Las Vegas, NV 89193-8872

First Premier Bank
P.O. Box 5524
Sioux Falls, SD 57117-5524

LVNV Funding, LLC
c/o Resurgent Capital Srvc
355 S Main St, Ste 300- D
Greenville, SC 29601-2923

LVNV Funding, LLC c/o Resurgent Capital Serv
PO Box 10587
Greenville, SC 29603-0587

Mr. Cooper
8950 Cypress Waters Blvd
Dallas, TX 75019-4620

NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS TX 75261-9096

Premier Bankcard, LLC
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud MN 56302-7999

Quantum3 Group LLC as agent for
Galaxy International Purchasing LLC
PO Box 788
Kirkland, WA 98083-0788

US DEPARTMENT OF HOUSING & URBAN
DEVELOPMENT
ATTN OFFICE OF REGIONAL COUNSEL
801 MARKET STREET, 12TH FLOOD
PHILADELPHIA, PA 19107

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101-1722

JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625