UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

AARON TERRILL KEMP

* Debtor

Case Number: 5-22-02400
Chapter: 13

## CERTIFICATE OF MAILING

The undersigned employee in the office of:

Tullio DeLuca, Esquire

hereby certifies that a copy of the attached Notice and Motion to Suspend Trustee Payment was mailed today to all parties named on the mailing list attached hereto by regular first class mail.

DATED: August 20, 2025

SIGNED: *Lisa Manchak*

TITLE: /s/Legal Assistant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

***

| | |
|---|---|
| IN RE: <br> AARON TERRILL KEMP <br> Debtor | CHAPTER 13 <br> CASE NO. 5-22-02400 |

***

| | |
|---|---|
| AARON TERRILL KEMP <br><br> MOVANTS <br> VS. <br> JACK N. ZAHAROPOULOS ESQ. <br> RESPONDENT | |

***

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

***

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002-1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **September 10, 2025.** If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

Date: August 20, 2025

Tullio DeLuca, Esquire
PA ID# 59887
Attorney for Debtors/Movants
381 N. 9th Avenue
Scranton, PA 18504

Clerk, U.S. Bankruptcy Court
197 South Main Street
Wilkes-Barre, PA  18701

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

***

IN RE: :
AARON TERRILL KEMP : CHAPTER 13
:
: CASE NO. 5-22-02400
Debtor :

***

AARON TERRILL KEMP :
:
MOVANT :
VS. :
JACK N. ZAHAROPOULOS ESQ. :
RESPONDENT :

***

## AMENDED MOTION TO SUSPEND TEMPORARILY TRUSTEE PAYMENTS

***

AND NOW COMES, the Debtor, Aaron Terril Kemp, by and through his attorney, Tullio DeLuca, Esquire, and respectfully represents:

1. That the Debtor filed a Chapter 13 Petition on December 13, 2022

2. That Debtor's Chapter 13 Plan provides for monthly payments of $961.00 to the Chapter 13 Trustee to pay attorney and Trustee fees and secured creditors.

3. The Motion is being Amended, as the previous Motion to Suspend Trustee Payments was inadvertently not served on all creditors.

4. Debtor has experienced a temporary loss of income due to wife's unemployment.

5. Therefore, Debtor is not in a position to make the Trustee payments until his immediate problem stabilizes and regains income to satisfy the Chapter 13 Plan.

6. In light of the above, Debtor requests a Temporary Suspension of his Trustee payments for a period of three (3) months or earlier starting in the month of May 2025. If Debtor's immediate problem stabilizes, Debtor will commence Trustee payments sooner.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order allowing for a suspension of Trustee's monthly payments for a period of at least three (3) months and directing the Debtor to commence making monthly payments sooner if Debtor's immediate problem stabilizes.

Respectfully submitted,

Dated: August 20, 2025

/s/Tullio DeLuca
Tullio DeLuca, Esquire
PA ID # 59887
381 N. 9th Avenue
Scranton, Pa 18504
(570) 347-7764
Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
AARON TERRILL KEMP

CHAPTER 13
CASE NO. 5-22-02400

Debtors

AARON TERRILL KEMP

MOVANTS
VS.
JACK N. ZAHAROPOULOS ESQ.
RESPONDENT

## ORDER

After notice and service to creditors and parties in interest under FRBP 9013 and upon consideration of the Debtor's Motion to Suspend Temporarily Trustee Payments, it is hereby **ORDERED, ADJUDGED AND DECREED** by this Honorable Court that the Debtor's Motion to Suspend Temporarily Trustee Payments is granted and the Debtor is allowed to suspend payments to the Chapter 13 Trustee for a period of three (3) months from May 2025 to July 2025 due to loss of income and it is further ordered that if the Debtor's wife returns to gainful employment prior to the three (3) month period, Debtor, is ordered to commence making monthly payments to the Chapter 13 Trustee.

| | | |
|---|---|---|
| CKS Prime Investments, LLC<br>1800 Route 34 N, Bldg 3<br>Suite 305<br>Wall, NJ 07719-9168 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| CONTINENTAL FINANCE COMPANY<br>PO BOX 3220<br>BUFFALO NY 14240-3220 | Credit One Bank<br>P.O. Box 98872<br>Las Vegas, NV 89193-8872 | First Premier Bank<br>P.O. Box 5524<br>Sioux Falls, SD 57117-5524 |
| LVNV Funding, LLC<br>c/o Resurgent Capital Srvc<br>355 S Main St, Ste 300- D<br>Greenville, SC 29601-2923 | LVNV Funding, LLC c/o Resurgent Capital Serv<br>PO Box 10587<br>Greenville, SC 29603-0587 | Mr. Cooper<br>8950 Cypress Waters Blvd<br>Dallas, TX 75019-4620 |
| NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | Premier Bankcard, LLC<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud MN 56302-7999 | Quantum3 Group LLC as agent for<br>Galaxy International Purchasing LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| US DEPARTMENT OF HOUSING & URBAN DEVELOPMENT<br>ATTN OFFICE OF REGIONAL COUNSEL<br>801 MARKET STREET, 12TH FLOOD<br>PHILADELPHIA, PA 19107 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |