United States Bankruptcy Court

Middle District of Pennsylvania

In re:     Case No. 22-02400-MJC

Aaron Terrill Kemp     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Sep 23, 2025     Form ID: pdf010     Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aaron Terrill Kemp, 1953 Horseshoe Bend, Tobyhanna, PA 18466-3741 |
| 5511038 | + | Vivian L. Kemp, 1953 Horseshoe Bend, Tobyhanna, PA 18466-3741 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5511033 | | Email/Text: cfcbackoffice@contfinco.com | Sep 23 2025 18:40:00 | Continental Finance Company,, P.O. Box 8099, Newark, DE 19714 |
| 5511031 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 23 2025 18:36:38 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5516530 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 23 2025 18:36:46 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5511034 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 23 2025 18:47:13 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 5511035 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 23 2025 18:36:47 | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 5511036 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 23 2025 18:36:47 | LVNV Funding, LLC, c/o Resurgent Capital Srvc., P.O. Box 10497, Greenville, SC 29603-0497 |
| 5516659 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 23 2025 18:36:54 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5511037 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 23 2025 18:40:00 | Mr. Cooper, 8950 Cypress Waters Blvd., Dallas, TX 75019-4620 |
| 5523164 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 23 2025 18:40:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 5519600 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 23 2025 18:40:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5520163 | | Email/Text: bnc-quantum@quantum3group.com | Sep 23 2025 18:40:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5511182 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Sep 23 2025 18:36:54 | U.S. Department of Housing and Urban Development, 801 Market Street, Suite 12, Philadelphia, PA 19107-3325 |
| 5511032 | | Email/Text: bnc_4301@velocityrecoveries.com | Sep 23 2025 18:40:00 | CKS Prime Investments, LLC, 1800 Route 34 N, Bldg 3, Suite 305, Wall, NJ 07719 |

TOTAL: 13

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2025           Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Fred W Freitag, IV | on behalf of Creditor NATIONSTAR MORTGAGE LLC fwfreitagiv@gmail.com LeopoldAssociatesPAX6428@projects.filevine.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Tullio DeLuca | on behalf of Debtor 1 Aaron Terrill Kemp tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Aaron Terrill Kemp, | : | Case No. 5:22-bk-02400-MJC |
| | : | |
| Debtor. | : | |

## ORDER

Upon consideration of the Debtor's Amended Fourth Motion to Suspend Temporarily Trustee Payments, Dkt. # 48 ("Motion"), and after notice and service to creditors and parties in interest under Fed. R. Bankr. P. 9013 and no objections being received, it is hereby

**ORDERED** that the Motion is **GRANTED** and the Debtor is allowed to suspend payments to the Chapter 13 Trustee for a period of three (3) months from May 2025 through July 2025 due to loss of income.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: September 22, 2025