# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:     AARON TERRILL KEMP
            AARON KEMP, AARON T. KEMP

                      Debtor(s)

                                                      CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
                     Movant

vs.
AARON TERRILL KEMP                     CASE NO: 5-22-02400-MJC
AARON KEMP, AARON T. KEMP

                     Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on February 10, 2026, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Agatha R. McHale, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:     February 10, 2026                     Respectfully submitted,

                                                       /s/    Agatha R. McHale, Esquire
                                                         ID: 47613
                                                         Attorney for Trustee
                                                         Jack N. Zaharopoulos
                                                         Standing Chapter 13 Trustee
                                                         Suite A, 8125 Adams Drive
                                                         Hummelstown, PA 17036
                                                         Phone: (717) 566-6097
                                                         email: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:  AARON TERRILL KEMP
        AARON KEMP, AARON T. KEMP

                    Debtor(s)
                                            CHAPTER 13
        JACK N. ZAHAROPOULOS
        CHAPTER 13 TRUSTEE
                    Movant
vs.
        AARON TERRILL KEMP                  CASE NO: 5-22-02400-MJC
        AARON KEMP, AARON T. KEMP

                    Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

Date:   March 19, 2026
Time:   10:00 AM
        U.S. Bankruptcy Court
        Max Rosenn U.S. Courthouse
        197 S. Main Street
        Wilkes Barre, PA   18701

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
        AMOUNT DELINQUENT AS OF LAST MONTH: $ 2062.00
        AMOUNT DUE FOR THIS MONTH:  $1031.00
        TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE:  $3093.00

**NOTE:**
**ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM.  NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

**DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

**If submitting payment by U.S. First Class Mail** mail to**:**
        **CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated: February 10, 2026

/s/ Agatha R. McHale, Esquire
ID: 47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:  AARON TERRILL KEMP
AARON KEMP, AARON T. KEMP

        Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant

vs.

AARON TERRILL KEMP
AARON KEMP, AARON T. KEMP

CASE NO: 5-22-02400-MJC

        Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on February 10, 2026, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>

TULLIO DeLUCA, ESQUIRE
4113 BIRNEY AVENUE
SUITE 2
MOOSIC PA  18507-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
PO BOX 302
HARRISBURG PA  17102

<u>SERVED BY FIRST CLASS MAIL</u>

AARON TERRILL KEMP
1953 HORSESHOE BEND
TOBYHANNA  PA  18466

I certify under penalty of perjury that the foregoing is true and correct.

Date:  February 10, 2026

/s/  Ashley Schott
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: AARON TERRILL KEMP
AKA: AARON KEMP, AARON T. KEMP

    Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-22-02400-MJC

vs.

AARON TERRILL KEMP
AKA: AARON KEMP, AARON T. KEMP

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.