**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   AARON TERRILL KEMP
AKA: AARON KEMP, AARON T. KEMP

        Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO:   5-22-02400-MJC

AARON TERRILL KEMP
AKA: AARON KEMP, AARON T. KEMP

      Respondent(s)

**CERTIFICATION OF DEFAULT**

AND NOW on April 1, 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- amend the plan within 14 days curing arrears.

As of April 1, 2026, the Debtor(s) is/are $2062.00 in arrears a plan payment having last been made on March 9, 2026.

In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

Dated:   April 1, 2026

Respectfully submitted,

/s/   Agatha R. McHale, Esquire
ID:  47613
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone:  (717) 566-6097
email:  amchale@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   AARON TERRILL KEMP
          AKA: AARON KEMP, AARON T.
          KEMP                           CHAPTER 13

          Debtor(s)

          JACK N. ZAHAROPOULOS         CASE NO:  5-22-02400-MJC
          CHAPTER 13 TRUSTEE
             Movant

**<u>CERTIFICATE OF SERVICE</u>**

I certify that I am more than 18 years of age and that on April 1, 2026, I served a copy of this Certificate of Default on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>

TULLIO DeLUCA, ESQUIRE
4113 BIRNEY AVENUE
SUITE 2
MOOSIC PA  18507-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA  17102

<u>Served by First Class Mail</u>
AARON TERRILL KEMP
1953 HORSESHOE BEND
TOBYHANNA  PA  18466

I certify under penalty of perjury that the foregoing is true and correct.

Date:  April 1, 2026

/s/  Ashley Schott
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com