IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*************************************************************
IN RE: : 
AARON TERRILL KEMP : CHAPTER 13
: 
: CASE NO. 5-22-02400
*************************************************************** ***************************

**<u>OBJECTION TO CERTIFICATION OF DEFAULT</u>**
***************************************************************************************

NOW COMES, Aaron Terrill Kemp, the above Debtor, by and through his counsel, Tullio

DeLuca, Esq., and files this Objection to Certification of Default and states the following:

1. On February 10,2026, a Motion to Dismiss due to material default was filed.

2. On April 1, 2026, Jack N. Zaharopoulos, Esq. filed a Certificate of Default stating

that the Debtor has failed to file an amended Plan to cure the arrears.

3. Debtor's Counsel is in the process of preparing and filing an amended Plan with

the Court.

4. The Debtor requests that a hearing be scheduled on the Objection to the

Certificate of Default.

WHEREFORE, the Debtor respectfully requests that this Honorable Court sustain

the Objection to the Certification of Default and deny the dismissal of the Chapter 13 Case.

Respectfully submitted,


Date: April 2, 2026         /s/Tullio DeLuca
                            Tullio DeLuca, Esquire
                            PA ID #59887
                            Counsel for Debtor
                            4113 Birney Ave., Suite 2
                            Moosic, Pa 18507

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*****************************************************************
IN RE:                                    :
AARON TERRILL KEMP                        :          CHAPTER 13
                                          :
                                          :          CASE NO.  5-22-02400
*************************************************************************************

## CERTIFICATE OF SERVICE

*************************************************************************************

 The undersigned hereby certifies that on April 2, 2026, he caused a true and

correct copy of  Debtor's Objection to Certification of Default to be served Via electronic

filing on the following CM/ECF participants:

       Jack N. Zaharopoulos, Esq. at info@pamd13trustee.com


Date of Mailing: April 2, 2026          /s/Tullio DeLuca
                                        Tullio DeLuca, Esquire