UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: AARON TERRILL KEMP, | : | CHAPTER 13 |
| aka AARON KEMP, | : | |
| aka, AARON T. KEMP, | : | |
| Debtor(s) | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| AARON TERRILL KEMP, | : | |
| aka AARON KEMP, | : | |
| aka, AARON T. KEMP, | : | |
| Respondent(s) | : | CASE NO.   5:22-BK-02400-MJC |

WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

AND NOW, on this 15th day of April 2026, comes Jack N. Zaharopoulos,

Standing Chapter 13 Trustee, and requests that the Trustee's Certificate of Default filed

on or about April 2, 2026, be withdrawn as all issues have been resolved. Debtor Counsel

Tullio DeLuca concurs.

Respectfully submitted:

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this 15th day of April 2026, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

TULLIO DeLUCA, ESQUIRE
4113 BIRNEY AVENUE
SUITE 2
MOOSIC, PA 18507-

/s/Ashley Schott_____
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee