UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| AARON TERRILL KEMP | : | CHAPTER 13 |
| | : | |
| Debtor. | : | |

***************************************************************************

| | | |
|---|---|---|
| ROCKET MORTGAGE, LLC, S/B/M | : | |
| NATIONSTAR MORTGAGE, LLC | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| AARON TERRILL KEMP | : | CASE NO. 5-22-02400 |
| Respondents. | : | |

***************************************************************************

**DEBTOR'S ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER SECTION 362**

***************************************************************************

AND NOW COMES, Aaron Terrill Kemp, the Debtor, and files an Answer to Rocket Mortgage's Motion for Relief From the Automatic Stay:

1. Aaron Terrill Kemp (hereinafter the "Debtor") filed a Chapter 13 bankruptcy proceeding with the U.S. Bankruptcy Court for the Middle District of Pennsylvania.

2. Movant alleges that Debtor has failed to make monthly payments.

3. Debtor's Counsel is in the process of contacting the Debtor to ascertain if said payments have been made and/or if the Debtor is in possession of the funds to cure the alleged default.

4. In the event there remains an arrears, the Debtor wishes to enter into a Stipulation to include the arrears in an amended Plan and/or over a six (6) month period.

5. Movant is not entitled to relief from the automatic stay as the arrearage amount due has been paid or shall be paid through the Chapter 13 Plan, and/or a six (6) month Stipulation, and, therefore, the Movant is adequately protected.

WHEREFORE, the Debtor respectfully requests that Movant's Motion for Relief from the Automatic Stay be denied.

Respectfully submitted,

Date: September 17, 2026

/s/Tullio DeLuca

Tullio DeLuca, Esquire
PA ID# 59887
4113 Birney Ave., Suite 2
Moosic, PA 18507
(570) 347-7764

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| AARON TERRILL KEMP | : | CHAPTER 13 |
| | : | |
| Debtor. | : | |

****************************************************************************

| | | |
|---|---|---|
| ROCKET MORTGAGE, LLC, S/B/M | : | |
| NATIONSTAR MORTGAGE, LLC | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| AARON TERRILL KEMP | : | CASE NO. 5-22-02400 |
| Respondents. | : | |

******************************************************************************

**CERTIFICATE OF SERVICE**

******************************************************************************

The undersigned hereby certifies that on September 17, 2026, he caused a true and correct copy of Debtor's Answer to Newrez LLC's Motion for Relief from the Automatic Stay to be served Via First Class United States Mail, Postage Pre-paid in the above-referenced case, on the following:

Jack N. Zaharopoulos, Esq. at info@pamd13trustee.com

Daniel P. Jones, Esq. at djones@sterneisenberg.com

Dated: September 17, 2026

/s/Tullio DeLuca
Tullio DeLuca, Esquire