**LOCAL BANKRUPTCY FORM 9013-4**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
**WILKES-BARRE DIVISION**

In Re:

Case Number: 5:22-bk-02400-MJC

Aaron Terrill Kemp aka Aaron T. Kemp, aka Aaron Kemp
Debtor(s)

Chapter: 13

Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC
Movant
vs.
Aaron Terrill Kemp aka Aaron T. Kemp, aka Aaron Kemp
Debtor(s)

Vivian Kemp
Co-Debtor

Jack N Zaharopoulos
Trustee
Defendant(s)/Respondent(s)

**REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]**

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance:
The Parties need additional time to attempt to reach an amicable resolution to this matter.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: September 18, 2026

/s/ Daniel P. Jones
Applicant's Signature

1 No alterations or interlineations of this document are permitted.
2 If this is not a first request for a continuance, then a Motion to Continue must be filed.